UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO TORRES,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL R. POMPEO,<br><br>    Defendant. | Case No. 19-cv-04752-JCS<br><br>**ORDER DENYING WITHOUT PREJUDICE ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 4 |

As a courtesy, the Clerk filed Plaintiff Armando Torres's complaint provisionally under seal, to allow Torres to file a motion to seal any sensitive personal information contained in the complaint or its exhibits. Torres, who is represented by counsel, thereafter filed an administrative motion to file under seal all exhibits to his complaint. The exhibits at issue range from a copy of Torres's birth certificate to a copy of an article from the Washington Post. Torres did not file a declaration in support of sealing as required by Civil Local Rule 79-5.

To overcome the presumption of public access to judicial proceedings, a party seeking to file documents under seal generally must show compelling reasons to seal narrowly tailored sensitive material. Rule 5.2 of the Federal Rules of Civil Procedure also identifies certain categories of information that generally cannot be filed in the public record and thus are entitled to a presumption of sealing.

Torres's motion is DENIED, without prejudice to Torres filing a renewed motion in compliance with Local Rule 79-5 seeking narrowly tailored redactions to the versions of the exhibits to be filed in the public record, no later than November 21, 2019. If Torres does not file a renewed motion by that date, the Court may order all documents filed in the public record.

**IT IS SO ORDERED.**

Dated: November 7, 2019

                                                            JOSEPH C. SPERO
                                                            Chief Magistrate Judge