UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO TORRES,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL R. POMPEO,<br><br>    Defendant. | Case No. 19-cv-04752-JCS<br><br>**ORDER STRIKING EXHIBITS TO COMPLAINT** |

The exhibits to Plaintiff Armando Torres's complaint were filed provisionally under seal to allow Torres to bring a motion to seal them. The Court denied that motion without prejudice for failure to make a sufficient showing of compelling reasons to seal and failure to identify narrowly tailored redactions. The Court set a deadline of December 10, 2019 for Torres to file the exhibits in the public record. *See* dkt. 15. That deadline has passed and no public exhibits have been filed. The exhibits to Torres's complaint are therefore STRICKEN and will not be considered part of the record of this action.

**IT IS SO ORDERED.**

Dated: December 16, 2019

JOSEPH C. SPERO
Chief Magistrate Judge