STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Fax: (415) 436-6748
    elizabeth.kurlan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARMANDO TORRES, | No. 3:19-cv-4752 JCS |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| ANTONY J. BLINKEN, in his official capacity as Secretary of State, United States Department of State, | Hon. Joseph C. Spero |
| Defendant. | |

    Plaintiff and Defendant (collectively, "the parties"), stipulate to the dismissal of this lawsuit in its entirety, with prejudice. On July 30, 2021, the parties executed a Settlement Agreement. The parties agree that each has complied with the terms of the Settlement Agreement. Specifically, on August 17, 2021, the U.S. Department of State issued to Plaintiff a U.S. passport book, and Plaintiff confirmed receipt. Accordingly, pursuant to Paragraph 6 of the Settlement Agreement, the parties hereby stipulate to dismissal of this action, with prejudice.

DATED: September 3, 2021                    Respectfully submitted,

                                                    STEPHANIE M. HINDS
                                                    Acting United States Attorney

|   |   |
|---|---|
|   | */s/ Elizabeth D. Kurlan*\*<br>ELIZABETH D. KURLAN<br>Assistant United States Attorney |
|   | Attorneys for Defendant |
| DATED:  September 3, 2021 | PRERNA LAL, ESQ. |
|   | */s/ Prerna Lal*<br>PRERNA LAL |
|   | Attorney for Plaintiff |

Dated: September 13, 2021

**IT IS SO ORDERED**
Judge Joseph C. Spero
United States District Court
Northern District of California